IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01774-REB-BNB

ERIC WALK,

Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **November 23, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 9, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge